# First District Court of Appeal
## State of Florida

_____

No. 1D19-933

_____

Tyrone Murray,

Appellant,

v.

Department of Corrections,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Ronald W. Flury, Judge.

September 9, 2020


Per Curiam.

Affirmed.

B.L. Thomas, Winokur, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyrone Murray, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.